## UNITED STATES

### v.

## ONE BALE CONTAINING 3 PAIRS OF BLANKETS, 2¾ YARDS OF CLOTH, 100 PAIRS OF EAR-BOBS, 1 PAPER OF GARDEN SEEDS, AND 1 KEG OF SOAP

### 1811

#### JOURNAL ENTRIES

1. Libel . . . . . . . . . . . . . *Journal, infra,* *p. 377
2. Order fixing time of hearing, notice, etc. . . . . . " 378
3. Depositions opened and filed . . . . . . . " 395
4. Judgment and decree . . . . . . . . . " 408

## PAPERS IN FILE

1. Libel . . . . . . . . . . . . . . . .
2. Commission to take depositions . . . . . . . . . . . .
3. Depositions of Alexis Réaume, James Clark and W. Solomons . . . . . . . . . . . . . . .
4. Deposition of Alexis Réaume . . . . . . . . . *. . .